UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>PENNY D. GOUDELOCK,<br><br>Debtor. | Chapter 13<br>Case No. 11-12725<br><br>DECLARATION OF JEANETTE ZIMMERMAN |

I, Jeanette Zimmerman, declare:

1. I am over the age of eighteen years, and a resident of the State of Washington.

2. I serve as the Treasurer for Plaintiff, Sixty-01 Association of Apartment Owners ("Association"). I am the duly authorized records custodian for the Association, and have personal knowledge of the facts stated herein. I am a competent witness to give testimony as to said facts.

3. This Declaration is being made in support of Movant's Motion for Relief from the Automatic Stay.

4. Attached hereto as Exhibit A is a copy of the legal description for the subject unit.

5. Attached hereto as Exhibit B is a true and correct copy of the Deed to Debtor recorded in the records of King County, Washington on February 16, 2001, under Recording No. 20010216000300.

6. Attached hereto as Exhibit C is a true and correct copy of the excerpts from the Declaration for Sixty-01 recorded in the records of King County, Washington under Recording

DECLARATION OF JEANETTE ZIMMERMAN - 1
W:\docs\client\a07\09a07-39\00190128.WPD

LAW OFFICES OF JAMES L. STRICHARTZ
201 QUEEN ANNE AVENUE NORTH, SUITE 400
SEATTLE, WASHINGTON 98109-4824
(206) 388-0600
FAX (206) 286-2650

No. 7808300899, regarding creation of the lien.

7. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the account ledger. Said ledger is not a payoff quote and may not be used for such purpose. Additional fees and costs have accrued to bring the instant motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12 day of August, 2011 at Seattle, Washington.

*Jeanette Zimmerman*

DECLARATION OF JEANETTE ZIMMERMAN - 2
W:\docs\client\a07\09a07-39\00190128.WPD

LAW OFFICES OF JAMES L. STRICHARTZ
201 QUEEN ANNE AVENUE NORTH, SUITE 400
SEATTLE, WASHINGTON 98109-4824
(206) 388-0600
FAX (206) 286-2650