# Debtor Change of Address - Case # 1112725

**Debtor 1**

|       |                    |
|-------|--------------------|
| First | Penny D.           |
| Last  | Goudelock          |
| Addr1 | 11151 Luther Ave S |
| Addr2 |                    |
| Addr3 |                    |
| City  | Seattle            |
| State | WA                 |
| Zip   | 981782835          |

**Debtor 2**

|       |           |
|-------|-----------|
| First |           |
| Last  |           |
| Addr1 |           |
| Addr2 |           |
| Addr3 |           |
| City  |           |
| State |           |
| Zip   | 000000000 |

The Chapter 13 Trustee reports the above address change.